Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18610−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tyrone A. Johnson
   335 Yale Road
   Pemberton, NJ 08068

Social Security No.:
   xxx−xx−3988

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 17, 2017.

On 11/13/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:                December 13, 2017
Time:                10:00 AM
Location:            Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 13, 2017
JAN: amg

Jeanne Naughton
Clerk

```
                    United States Bankruptcy Court
                         District of New Jersey
```

In re:                                                    Case No. 16-18610-KCF
Tyrone A. Johnson                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 13, 2017
                              Form ID: 185             Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
```
db              +Tyrone A. Johnson,    335 Yale Road,    Pemberton, NJ 08068-1734
cr              +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                  Arlington, TX 76014-4101
cr              +Specialized Loan Servicing LLC as servicing agent,    c/o Buckley Madole PC,
                  99 Wood Ave South #803,    Iselin, NJ 08830-2713
cr              +Specialized Loan Servicing LLC, as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
cr              +The Bank of New York Mellon FKA The Bank of New Yo,    C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516169663       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                  Arlington, TX 76096-3853
516156672       +AmeriCredit/GM Financial,    Po Box 183583,    Arlington, TX 76096-3583
516241853        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516338264       +Emrg Phy Assoc of S.Jersey,Pc,    6681 Country CLub Drive,    Golden Valley MN 55427-4601
516959962       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of the Treasury,
                  Division of Taxation,    PO box 245,    Trenton, NJ 08695-0245)
516156674       +Specialized Loan Servicing,    8742 Lucent Blvd # 300,    Littleton, CO 80129-2386
516281320       +The Bank of New York Mellon, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2017 23:36:38      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2017 23:36:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516157982       +E-mail/Text: bankruptcy@cavps.com Nov 13 2017 23:36:49      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516181533        E-mail/Text: cio.bncmail@irs.gov Nov 13 2017 23:36:11      Dept. of the Treasury,   IRS,
                  PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516156673*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
```
              Albert  Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Brad J. Spiller     on behalf of Debtor Tyrone A. Johnson bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-9 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
```

```
District/off: 0312-3           User: admin                Page 2 of 2                  Date Rcvd: Nov 13, 2017
                               Form ID: 185               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Francesca Ann Arcure   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
           Series 2007-9 nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders
           of CWABS, Inc., Asset-Backed Certificates, Series 2007 nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
           of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com
          John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

                                                                                                                      TOTAL: 8