Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−18610−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tyrone A. Johnson
   335 Yale Road
   Pemberton, NJ 08068

Social Security No.:
   xxx−xx−3988

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/31/18 at 09:00 AM

to consider and act upon the following:

*61* − Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: 2015 Chevrolet Traverse. Fee Amount &#036 176. filed by Creditor Americredit Financial Services, Inc., d/b/a GM Financial) filed by John R. Morton Jr. on behalf of Americredit Financial Services, Inc., d/b/a GM Financial. Objection deadline is 01/4/2018. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 1/4/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Tyrone A. Johnson
    Debtor

Case No. 16-18610-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 04, 2018
                          Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.
db         +Tyrone A. Johnson,   335 Yale Road,   Pemberton, NJ 08068-1734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Brad J. Spiller    on behalf of Debtor Tyrone A. Johnson bankruptcy@brennerlawoffice.com,
         aarcher@brennerlawoffice.com
        Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
         as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
         2007-9 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Francesca Ann Arcure    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
         York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
         Series 2007-9 nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
        Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
         for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders
         of CWABS, Inc., Asset-Backed Certificates, Series 2007 nj_ecf_notices@buckleymadole.com,
         NJ_ECF_Notices@McCalla.com
        Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
         for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
         of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com,
         NJ_ECF_Notices@McCalla.com
        John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
         Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                                                                       TOTAL: 8