Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−18610−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tyrone A. Johnson
   335 Yale Road
   Pemberton, NJ 08068

Social Security No.:
   xxx−xx−3988

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       4/5/18
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Brad J. Spiller

COMMISSION OR FEES
$2,000.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 6, 2018
JAN:

                                                            Jeanne Naughton
                                                            Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                              Case No. 16-18610-KCF
Tyrone A. Johnson                                                   Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 2         Date Rcvd: Mar 06, 2018
                             Form ID: 137             Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
```
db            +Tyrone A. Johnson,    335 Yale Road,    Pemberton, NJ 08068-1734
cr            +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                Arlington, TX 76014-4101
cr            +Specialized Loan Servicing LLC as servicing agent,    c/o Buckley Madole PC,
                99 Wood Ave South #803,    Iselin, NJ 08830-2713
cr            +Specialized Loan Servicing LLC, as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
cr            +The Bank of New York Mellon FKA The Bank of New Yo,    C/O Buckley Madole, P.C.,
                99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516169663     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
516156672     +AmeriCredit/GM Financial,    Po Box 183583,    Arlington, TX 76096-3583
516241853      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516338264     +Emrg Phy Assoc of S.Jersey,Pc,    6681 Country CLub Drive,    Golden Valley MN 55427-4601
516959962    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                Division of Taxation,    PO box 245,    Trenton, NJ 08695-0245)
516156674     +Specialized Loan Servicing,    8742 Lucent Blvd # 300,    Littleton, CO 80129-2386
516281320     +The Bank of New York Mellon, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2018 00:36:56      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2018 00:36:54      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516157982     +E-mail/Text: bankruptcy@cavps.com Mar 07 2018 00:37:16      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516181533      E-mail/Text: cio.bncmail@irs.gov Mar 07 2018 00:36:39      Dept. of the Treasury,    IRS,
                PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516156673*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2018 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Debtor Tyrone A. Johnson aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Tyrone A. Johnson bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 06, 2018
                              Form ID: 137             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          Francesca Ann Arcure    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com

          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007 nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com

          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com

          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

                                                                                          TOTAL: 9