| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brenner, Spiller & Archer<br>175 Richey Ave<br>Collingswood, NJ 08107<br>P: 856-963-5000<br>F: 856-858-4371<br>Attorney for Debtor | |
| In Re:<br><br>Tyrone Johnson | |

Order Filed on April 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     16-18610

Judge:     KCF

Chapter:     13

# ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

**DATED: April 3, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of TYRONE JOHNSON to Allow the Late Proof of Claim as hereinafter set forth, and for cause shown, it is

**ORDERED** that:

The proof of claim filed by STATE OF NEW JERSEY on 7/25/17 as Claim 7-1 is hereby granted approval and able to be paid through a confirmed Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:
Tyrone A. Johnson
    Debtor

Case No. 16-18610-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 04, 2018
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db          +Tyrone A. Johnson,    335 Yale Road,    Pemberton, NJ 08068-1734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
         Albert    Russo    docs@russotrustee.com
         Andrew Thomas Archer    on behalf of Debtor Tyrone A. Johnson aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
         Brad J. Spiller    on behalf of Debtor Tyrone A. Johnson bankruptcy@brennerlawoffice.com,
          aarcher@brennerlawoffice.com
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
          2007-9 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
          York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
          Series 2007-9 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
          for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders
          of CWABS, Inc., Asset-Backed Certificates, Series 2007 NJ_ECF_Notices@McCalla.com,
          NJ_ECF_Notices@McCalla.com
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
          for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
          of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
          NJ_ECF_Notices@McCalla.com
         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
          Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                                             TOTAL: 9