UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

From: **Wells Fargo Online** alerts@notify.wellsfargo.com
Subject: **Wells Fargo Store Transaction Record**
Date: **May 1, 2018 at 1:33:28 PM**
To: ███████@COMCAST.NET



wellsfargo.com

## Your store transaction record

Here is the electronic transaction record you requested from a Wells Fargo store.

```
            Wells Fargo Bank
            Transaction   Receipt


Branch #0067754 5           Bank Check


Total Amount of Checks      $1,525.00
Fees Paid                      $10.00
TOTAL                       $1,515.00

Transaction # 087 0109
01:29PM   05/01/18



Thank you, MERVAT
```

If you have questions, please call us at 1-800-TO-WELLS (1-800-869-3557). We're available 24 hours a day, 7 days a week.

wellsfargo.com | Fraud Information Center

Please do not reply to this email directly.

967b149b-f181-480b-9943-a85ccc3c76d0 prod

| | |
|---|---|
| 0067754 | |
| Office AU #  11-24 | |
| | 1210(8) |

Remitter: STEPHANIE P JOHNSON
Purchaser: STEPHANIE P JOHNSON
Purchaser Account: 9868838740
Operator I.D.: nj003409
Funding Source: Electronic Items(s), Paper Items(s)
PAY TO THE ORDER OF ***SLS MORTGAGE***

***One thousand five hundred fifteen dollars and no cents***

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
1520 ROUTE 38
HAINESPORT, NJ 08036
FOR INQUIRIES CALL (480) 394-3122

# CASHIER'S CHECK

SERIAL #:  6775402516
ACCOUNT#:  4861-513547

May 01, 2018

***$1,515.00**

VOID IF OVER US $  1,515.00

NON-NEGOTIABLE

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

Purchaser Copy

FB004     M4203   60474161