Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16−18610−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tyrone A. Johnson
   335 Yale Road
   Pemberton, NJ 08068

Social Security No.:
   xxx−xx−3988

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/13/18 at 09:00 AM

to consider and act upon the following:

*91* − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 335 Yale Rd, Pemberton, New Jersey 08068−1734. Fee Amount $ 181. filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−Backed Certificates, Series 2007−9, Motion for Relief from Co−Debtor Stay of Stephanie Johnson, 35 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset−Backed Certificates, Series 2007−9. Objection deadline is 05/16/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 5/14/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court