

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 | **Order Filed on July 5, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: <u>16-18610 KCF</u><br><br>Adv. No.:<br><br>Hearing Date: 7/11/18 @ 9:00 a.m.<br><br>Judge: <u>Katherine C. Ferguson</u> |
| In Re:<br>    Tyrone A. Johnson,<br><br>Debtor. | |

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: July 5, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Case 16-18610-KCF    Doc 95    Filed 07/05/18    Entered 07/06/18 09:32:25    Desc Main
Document    Page 2 of 3

**(Page 2)**
Debtor: Tyrone A. Johnson
Case No: 16-18610 KCF
Caption of Order: ORDER CURING POST-PETITON ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 335 Yale Rd, Pemberton, NJ, 08068, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Brad J. Spiller, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 12, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2017 through June 2018 for a total post-petition default of $18,189.53 (11 @ $1,522.11, 1 @ $1,485.16 less $38.84 in suspense); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $6,000.00 to be received no later than June 30, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $12,189.53 will be paid by Debtor remitting $2,031.00 per month in addition for five months and $2,034.53 for one month to the regular monthly mortgage payment, which additional payments shall begin on July 1, 2018 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2018, directly to Secured Creditor's servicer Specialized Loan Servicing LLC, PO Box 60535, City of Industry CA 91716-0535 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:  Tyrone A. Johnson
Case No:  16-18610 KCF
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.